### 9349.　Jacobson *v.* The State.

Bloodworth, J.　A trial by jury was waived, and the case was tried by the judge of the city court.　Under the evidence his finding that the accused was guilty was authorized, and the judgment is

　　　　　　*Affirmed.　Broyles, P. J., and Harwell, J., concur.*
　　　　　　Decided December 19, 1917.

Description and counsel as in *Brooks* v. *State,* ante, 510.

---

### 9351.　Raskin *v.* The State.

Broyles, P. J.　No error of law is complained of.　The evidence fully authorized the finding of the trial judge, exercising by consent the functions of both judge and jury.　The court did not err in overruling the motion for a new trial.

　　　　　*Judgment affirmed.　Bloodworth and Harwell, JJ., concur.*
　　　　　Decided December 19, 1917.

Description and counsel as in *Brooks* v. *State,* ante, 510.

---

### 8594, 8595.　Smith *et al. v.* Loudermilk; and *vice versa.*

Luke, J.　The evidence authorized the judgment of the ordinary, directing the removal of obstructions from a private way; and upon certiorari and the answer thereto as agreed between the parties, it was error for the judge of the superior court to sustain the certiorari and direct a new trial upon any of the grounds urged in the petition therefor.

*Judgment on main bill of exceptions reversed, and on cross-bill affirmed.*
　　*Wade, C. J., and Jenkins, J., concur.*
　　Decided November 16, 1917.　Rehearing denied January 31, 1918.

Certiorari; from Hall superior court—Judge J. B. Jones.　February 5, 1917.

*Howard Thompson, W. M. Johnson, E. D. Kenyon,* for plaintiffs.

*A. C. Wheeler, Pearce R. Matthews,* for defendants.